In the Matter of the Accounting of GEORGE GORDON et al., as Administrators of the Estate of DAVID GORDON, Deceased, Respondents.

PHILIP L. DUNNE, as Substituted Receiver, Appellant; SOLOMON NOVOGRODSKY, Respondent.

(Argued January 6, 1936; decided January 21, 1936.)

*James F. Twohy* for appellant.

*Chester B. McLaughlin* and *Jacob Geller* for Solomon Novogrodsky, respondent.

*Leonard Levinsohn* for George Gordon et al., as administrators, respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.